**DENY; and Opinion Filed December 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01394-CV

### IN RE WENDY L. ROGERS, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80442-2015**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Schenck

In this original proceeding, relator requests that the Court order the trial court to disqualify certain attorneys who represent the State of Texas as special prosecutors in the criminal proceeding in which she has been indicted. To obtain a writ of mandamus in a criminal case, the relator must demonstrate both a clear and indisputable right to the relief sought and that she has no other adequate legal remedy that will provide that relief. *Greenwell v. Court of Appeals for Thirteenth Judicial Dist.,* 159 S.W.3d 645, 648 (Tex. Crim. App. 2005). We conclude relator has not met either requirement. We deny the petition.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

151394F.P05